**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

DREW CROWLEY,                 )

                                     )

            Plaintiff,        )

                                     )      Case No. 4:20-cv-00779

v.                            )

                                     )

NORFOLK SOUTHERN       )

RAILWAY COMPANY,      )

                                     )

            Defendant.     )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the parties hereto, and stipulate and agree that the claims of Plaintiff against Defendant are hereby dismissed, with prejudice, each party to bear their own costs.

Respectfully submitted,

MORROW·WILLNAUER·CHURCH, LLC

By: _/s/Daniel F. Church_
       DANIEL F. CHURCH, #34936
       SHAWN A. MEYER, #72934
    8330 Ward Parkway, Suite 300
    Kansas City, Missouri 64114
    (816) 382-1382
    Facsimile: (816) 382-1383
    dchurch@mwcattorneys.com
    smeyer@mwcattorneys.com

BAKER HOSTETLER


By: /s/Joseph C. Devine
        JOSEPH C. DEVINE, admitted *pro hac vice*
    200 Civic Center Drive, Suite 1200
    Columbus, OH  43215-4138
    (614) 462-2682
jdevine@bakerlaw.com

*ATTORNEYS FOR DEFENDANT*


SCHLICHTER BOGARD & DENTON LLP


By:  Nelson G. Wolff
NELSON G. WOLFF, #40796
100 South Fourth St., Suite 1200
St. Louis, MO  63102
314-621-6115
314-621-7151 – Fax
nwolff@uselaws.com

*ATTORNEYS FOR PLAINTIFF*

2