IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DREW CROWLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:20-cv-00779-DGK |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Having considered the parties' notice of dismissal; ECF No. 26; it is hereby ORDERED that all claims between the above-named parties are DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Date: April 28, 2021            /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT